## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **DC GLASS GALLERY, LLC, and** | : | **VIOLATIONS:** |
| **WASH HYDRO, INC.,** | : | **21 U.S.C. § 846** |
| | : | **(Conspiracy to Distribute and Possess with** |
| **Defendants.** | : | **Intent to Distribute a Mixture and** |
| | : | **Substance Containing a Detectable** |
| | : | **Amount of Marijuana)** |
| | : | |
| | : | **FORFEITURE ALLEGATION:** |
| | : | **21 U.S.C. §§ 853(a) and (p)** |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

From in or about 2016, the exact date being unknown to the United States, and continuing through at least 2021, **DC GLASS GALLERY, LLC** and **WASH HYDRO, INC.,** within the District of Columbia, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, also known as cannabis, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

**(Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana,** in violation of Title 21, United States Code, Section 846)

## **FORFEITURE ALLEGATION**

1.      Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.   The United States will also seek a forfeiture money judgment against the defendants in the amount of $280,207.75.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

    (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/
_____
GILEAD LIGHT
Assistant United States Attorney
D.C. Bar No. 980839
CONNOR MULLIN
Assistant United States Attorney
D.C. Bar No. 981715
601 D Street, N.W.
Washington, DC 20530
(202) 252-6880 (Light)
(202) 252-7079 (Mullin)
gilead.light@usdoj.gov
connor.mullin@usdoj.gov

3